# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JACKY BASS and JUDY BASS, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>84 LUMBER COMPANY, LUCY LOVE, and )<br>NANCY LOWE, )<br>)<br>Defendants. ) | Civil No. 3:13-1349<br>Judge Trauger |

## **O R D E R**

Given the pendency of a Motion to Dismiss filed by defendant Lowe and the fact that counsel has not yet entered an appearance of record for defendant Lucy Love, it is hereby

**ORDERED** that the initial case management conference scheduled for March 31, 2014 is **CONTINUED**, to be reset by later order of the court.

It is so **ORDERED.**

Enter this 26th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge