IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JACKY BASS and JUDY BASS, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>84 LUMBER COMPANY, LUCY LOVE, and )<br>NANCY LOWE, )<br>)<br>    Defendants. ) | Civil No. 3:13-1349<br>Judge Trauger |

## O R D E R

It is hereby **ORDERED** that this case is **RESET** for an initial case management conference on Monday, June 30, 2014, at 2:45 p.m.

It is so **ORDERED.**

Enter this 28th day of May 2014.

_____
ALETA A. TRAUGER
U.S. District Judge