**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JACKY BASS and JUDY BASS, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 3:13-1349 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| 84 LUMBER COMPANY and NANCY LOWE, | ) | |
| | ) | |
| Defendants. | ) | |

### **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for June 30, 2014 is **RESET** for Wednesday, June 25, 2014, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 6th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge