IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

Motion GRANTED.

| | | |
|---|---|---|
| JACKY BASS and JUDY BASS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Docket No. 3:13-cv-01349 |
| | ) | Judge Trauger |
| 84 LUMBER COMPANY and NANCY LOWE, | ) | |
| | ) | Magistrate Judge Griffin |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO REMAND CASE TO STATE COURT**

**COME NOW** Plaintiffs, Jacky Bass and Judy Bass, and Defendants 84 Lumber Company and Nancy Lowe, by and through undersigned counsel, and move this Honorable Court for an Order remanding this matter to State Court for further proceedings. In support of said Joint Motion, the Parties would show that:

1. On May 28, 2014, the Court granted Plaintiffs' Motion to Amend the First Amended Complaint substituting Nancy Lowe for Lucy Love as a named defendant. (Doc. No. 25).

2. Defendant Nancy Lowe is a resident of the state of Tennessee.

3. The Parties agree that the Amendment and Substitution of Nancy Lowe, a resident of the state of Tennessee, deprives this Court of subject matter jurisdiction.

**WHEREFORE**, the Parties ask that the matter be remanded to State Court for further proceedings.